UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**LIONAL DALTON,**
       **Plaintiff,**

    v.                              Case No. 16-60815-CIV-GAYLES

**JOE FERRARO TIRE MART, INC.,**
d/b/a **JOE'S TIRE MART**
       **Defendants.**
_____/

**ORDER GRANTING JOINT MOTION FOR
APPROVAL AND ENTRY OF CONSENT DECREE**

**THIS CAUSE** comes before the Court upon the parties' Joint Motion for Approval and Entry of Consent Decree [ECF No. 10]. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Consent Decree, in the form annexed hereto as **Appendix 1**, is **APPROVED** and **ENTERED**. The Court shall retain jurisdiction over this matter for the purposes of enforcement of the Consent Decree. This action is otherwise **DISMISSED WITH PREJUDICE**, with all parties bearing their own fees and costs except as provided in the Consent Decree.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of June, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE